UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCO TOLLIFERREO, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civil Action No. 2:18-cv-00036-GEKP |
| v. | |
| THE TJX COMPANIES, INC., and MARMAXX OPERATING CORP., | |
| Defendants. | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Marco Tolliferreo ("Plaintiff") and Defendants The TJX Companies, Inc. and Marmaxx Operating Corp. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, give notice to the Court that they have reached an agreement to fully resolve all of the claims asserted in this matter by Plaintiff against Defendants. The Parties expect to file a motion for Court approval of the settlement of all claims in this case within forty-five (45) days.

**[Space Left Intentionally Blank]**

Respectfully submitted, this 10th day of May, 2018.

| | |
|---|---|
| */s/ Scott E. Brady* | */s/ Lisa A. Schreter* |
| Scott E. Brady (admitted *pro hac vice*) | Lisa A. Schreter (admitted *pro hac vice*) |
| Louisiana Bar No. 24976 | Georgia Bar No. 629852 |
| scott@bohrerbrady.com | lschreter@littler.com |
| | |
| Philip Bohrer (admitted *pro hac vice*) | Richard W. Black (admitted *pro hac vice*) |
| Louisiana Bar No. 14089 | Georgia Bar No. 355846 |
| phil@bohrerbrady.com | rblack@littler.com |
| | |
| BOHRER BRADY, LLC | Tasha K. Inegbenebor (admitted *pro hac vice*) |
| 8712 Jefferson Hwy., Suite B | Georgia Bar No. 382905 |
| Baton Rouge, LA 70809 | tinegbenebor@littler.com |
| (t) 225-925-5297 | |
| | LITTLER MENDELSON, P.C. |
| Kevin I. Lovitz | 3344 Peachtree Road NE, Suite 1500 |
| kevin@lovitzlaw.com | Atlanta, GA 30326 |
| LOVITZ LAW FIRM, P.C. | (t) 404-233-0330 |
| One Liberty Place | |
| 1650 Market Street, 36th Floor | William J. Simmons |
| Philadelphia, PA 19103 | Pennsylvania Bar No. 206860 |
| (t) 215-735-1996 | wsimmons@littler.com |
| | LITTLER MENDELSON, P.C. |
| | Three Parkway |
| | 1601 Cherry Street |
| *Counsel for Plaintiff* | Philadelphia, PA 19102 |
| | (t) 267-402-3000 |
| | |
| | *Counsel for Defendants* |

# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCO TOLLIFERREO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE TJX COMPANIES, INC., and MARMAXX OPERATING CORP.,<br><br>Defendants. | Civil Action No. 2:18-cv-00036-GEKP |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 10, 2018, I electronically filed the foregoing JOINT NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system, which will send and serve notice of the same to the following counsel of record:

Kevin I. Lovitz
LOVITZ LAW FIRM, P.C.
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
215-735-1996
kevin@lovitzlaw.com

Philip Bohrer (admitted *pro hac vice*)
Scott E. Brady (admitted *pro hac vice*)
BOHRER BRADY, LLC
8712 Jefferson Hwy., Suite B
Baton Rouge, LA 70809
225-925-5297
phil@bohrerbrady.com
scott@bohrerbrady.com

*/s/ Lisa A. Schreter*
Lisa A. Schreter