IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCO TOLLIFERREO,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE TJX COMPANIES, INC. et al.,** | : | **No. 18-0036** |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 6th day of July, 2018, upon consideration of the Joint Motion for Approval of the FLSA Settlement (Doc. No. 30), and the June 21, 2018 fax with the Settlement Agreement and Release of Wage-Related Claims attached, the Court finds that:

1) Back wage claims under the FLSA may be settled or compromised if the employees present to the district court a proposed settlement for scrutiny. *Lynn's Food Store v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).[1] Then, "the district court may enter a stipulated judgment if it determines that the compromise reached 'is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.'" *Brumley v. Camin Cargo Control, Inc*., No. 08-cv-1798, 2012 WL 1019337 at *2 (D.N.J. Mar. 26, 2012) (*quoting Lynn's Food*, *supra*).

2) There is a bona fide dispute between the parties in this case: the defendants still deny liability, and the plaintiff maintains that he is entitled to back wages.

3) The agreement, which the Court reviewed *in camera,* is fair, reasonable, and in keeping with other similar cases. The Court also finds that the fee arrangement, where the

---

[1] District courts in the Third Circuit "have typically looked to the considerations set forth in *Lynn's Food*." *Brumley*, 2012 WL 1019337 at *2.

1

representing attorney receives approximately 26.7% of the settlement, is fair and reasonable.

Therefore, it is **ORDERED** that the Motion for Approval (Doc. No. 30) is **GRANTED**. The case is **DISMISSED WITH PREJUDICE** with each party to bear his or its own expenses and attorneys' fees except to the extent provided in the Settlement Agreement and General Release of Wage-Related Claims and by any agreement of the parties.

The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE